114 F.3d 1171
 Brian K. Berry, Estate of Carmella Berry
v.
Thorne Sparkman, Jr., M.D., Trustees of Hospital of
University of Pennsylvania, John Doe 1 through 10,
(Fictitious Names of Other Treating Physicians and/or
Medical Providers), Jane Doe 1 through 10, (Fictitious Names
of Other Treating Physicians and/or Medical Providers), ABC
Company, and/or Corporation 1 through 10 (Fictitious Names
of Other Health Care Entities)
 NO. 96-1700
 United States Court of Appeals,
Third Circuit.
 Apr 17, 1997
 Appeal From: E.D.Pa. ,No.9503965
 
 1
 Affirmed.